UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LISA D. FLANAGAN-ZAIONTZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | SA-19-CA-1493-FB (HJB) |
| BEXAR COUNTY, BEXAR COUNTY SHERIFF JAVIER SALAZAR, and JACK FARMER Individually and in His Capacity as a Bexar County Sheriff's Deputy, | § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff's Motion to Compel. (Docket Entry 24.) This case has been referred to the undersigned for consideration of pretrial matters. (*See* Docket Entry 6.)

At a hearing on Plaintiff's motion on March 12, 2021, the Court ordered the parties to confer to determine if there were any matters covered by the motion that remained unresolved. If so, Plaintiff was required to identify those matters in a reply to Defendants' response to the motion to be filed by March 29, 2021. (*See* Docket Entry 33, at 1.)

The deadline for filing the reply has passed, without any submission by Plaintiff. Since it appears that the matters presented by Plaintiff's Motion to Compel (Docket Entry 24) have been resolved, that motion is **DENIED AS MOOT**.

It is so **ORDERED**.

**SIGNED** on March 30, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge